8,531-26

MR. CLIFTON JERRY FRANCIS, JR.
11916 TAMBORINE DRIVE
STAFFORD, TEXAS 77477

ATTN: MR. ABEL ACOSTA · CLERK OF THE COURT
COURT OF CRIMINAL APPEALS · STATE OF TEXAS
PO BOX 12308
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 22 2015
Abel Acosta, Clerk

RE: "CHANGE OF (MAILING) ADDRESS NOTICE"
EX PARTE CLIFTON JERRY LANDRY
CCA WRIT NO. WR-8,531-26 (TRIAL COURT NO. 507035-J)

MR. ACOSTA:

PLEASE NOTE IN THE CASE/WRIT FILE OF THE ABOVE LITIGATION, THE "CHANGE OF (MAILING) ADDRESS NOTICE", AND AS FOLLOWS:

MR. CLIFTON JERRY (ALAIS: "LANDRY") FRANCIS, JR.
11916 TAMBORINE DRIVE
STAFFORD, TEXAS 77477

ALL FUTURE CORRESPONDENCE SHOULD BE NOTED/ADDRESSED AS STATED ABOVE!

DONE ON THIS THE 19th. DAY OF APRIL ,20 15 .

CLIFTON JERRY FRANCIS, JR.

1cc/CJFJR.

CC: FILE